# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3410
_____

STEVEN P. MCKENNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

January 7, 2019

PER CURIAM.

DISMISSED.

WETHERELL, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven P. McKenney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.